FILED: August 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1342
(1:23-cv-00095-CCE-JEP)

_____

KATHY STRATTON

    Plaintiff - Appellant

v.

CITY OF KANNAPOLIS; J. M. LIVENGOOD, Kannapolis Police Officer; M. T. HOEHMAN, Kannapolis Police Officer; TYRONE WADE, Mecklenburg County Attorney; MARTY PRUNTY, MCDSS Guardianship Social Worker; MCDSS EMPLOYEE #3; MCDSS EMPLOYEE #4; MCDSS EMPLOYEE #5; NC STATE ACTOR #1; NC ACTOR #2

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK